United States District Court
Northern District of California

1
2      UNITED STATES DISTRICT COURT
3      NORTHERN DISTRICT OF CALIFORNIA
4
5   DWAYNE VENGRIS,                           Case No.  15-cv-03223-LB
            Plaintiff,
6
7        v.                                   **ORDER**

8   PERFORMANCE FOOD GROUP, INC., et al.,
9           Defendants.
10
11       GOOD CAUSE APPEARING THEREFOR,
12       IT IS ORDERED that this case is reassigned to the Honorable **Yvonne Gonzalez Rogers**
13  in the **Oakland** division for all further proceedings.  Counsel are instructed that all future filings
14  shall bear the initials **YGR** immediately after the case number.
15       All dates presently scheduled are vacated and motions should be renoticed for hearing
16  before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance
17  deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has
18  already issued a report and recommendation shall not be rebriefed or noticed for hearing before
19  the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).
20  Dated: 7/16/2015

                                              FOR THE EXECUTIVE COMMITTEE

                                              Richard W. Wieking
                                              Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.