# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**DWAYNE VENGRIS,**

   Plaintiff,

  v.

**PERFORMANCE FOOD GROUP, INC.,**

   Defendant.

Case No. 15-cv-03223-YGR

**ORDER VACATING HEARING**

  Defendant Performance Food Group, Inc. has filed a motion to dismiss and/or strike Plaintiff's Complaint ("Complaint") pursuant to Rules 12(b)(6) and/or 12(f) of the Federal Rules of Civil Procedure, currently set for hearing on September 1, 2015. (Dkt. No. 9.) The Court **VACATES** the hearing. *See* Civil Local Rule 7-1(b). The Court will issue a further notice if it determines that oral argument will be required.

  **IT IS SO ORDERED.**

Dated: August 27, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE