UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE VENGRIS, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 4:15-cv-03223-PJH<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

## [PROPOSED] ORDER

Having reviewed and considered the parties' Joint Stipulation to Continue Case Management Conference ("CMC"), and good cause appearing for the same, it is hereby ordered that the CMC set for January 21, 2016 in this action shall be and hereby is continued to May 19, 2016 at 2:00 p.m., with the parties' joint CMC statement due one week before, and subject to the parties' further stipulation after the Court rules on final approval of the proposed settlement in the related case entitled *Contreras v. Performance Food Group, Inc.* (the "*Contreras* Action"), Case No. 4:14-cv-03380-PJH.

IT IS SO ORDERED.

DATE: January 19, 2016



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

72156325.2

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE
CASE NO. 4:15-cv-03223-PJH

**CERTIFICATE OF SERVICE**

I hereby certify that _____, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, at Los Angeles, California.

_____

72156325.2

CERTIFICATE OF SERVICE